IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE B. MEYERS, | ) | 1:06-CV-00794-AWI-SMS-P |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| FEDERAL BUREAU OF PRISONS, et al., | ) | (DOCUMENT #2) |
| Defendants. | ) | |

Plaintiff is a federal prisoner proceeding pro se.  Plaintiff seeks relief pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the  showing required by § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of

1

$350.00 for this action.[1]  An initial partial filing fee of $11.52 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of $11.52.  All fees shall be collected and paid in accordance with this court's order to the United States Penitentiary at Atwater filed concurrently herewith.

IT IS SO ORDERED.

**Dated:     July 26, 2006**              /s/ Sandra M. Snyder
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. 28 U.S.C. § 1914(a).